# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | ) **Case No.: 2:13-cv-02126-CKD** |
| Plaintiff, | ) *Hon. Carolyn K. Delaney, for all purposes* |
| vs. | ) **ORDER RE: JOINT STIPULATION** |
| | ) **TO FILE PLAINTIFF'S FIRST** |
| LOS RIOS COMMUNITY COLLEGE DISTRICT, | ) **AMENDED COMPLAINT** |
| Defendant. | ) |

/////
/////
/////
/////
/////
/////
/////

**[PROPOSED] ORDER RE: JOINT STIPULATION TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**
Case No.: 2:13-cv-02126-CKD                                                                                                                 1

1  PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 15(a)(2),
2  and finding good cause therefore, this Court HEREBY ORDERS that Plaintiff
3  CONNIE ARNOLD is granted permission to file the First Amended Complaint that
4  was attached as Exhibit B to the Stipulation to Amend Plaintiff's First Amended
5  Complaint.
6  Dated:  May 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE