1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No.: 2:13-CV-02126-CKD |
| Plaintiff, | *[Assigned to Hon. Carolyn K. Delaney]* |
| | **Civil Rights** |
| vs. | ORDER GRANTING CONSENT DECREE RE: SETTLEMENT OF ALL OF PLAINTIFF'S CLAIMS |
| LOS RIOS COMMUNITY COLLEGE DISTRICT, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING CONSENT DECREE RE: SETTLEMENT OF ALL OF PLAINTIFF'S CLAIMS
Case No.: 2:13-CV-02126-CKD                                         i

Pursuant to the concurrently-filed CONSENT DECREE RE: SETTLEMENT OF PLAINTIFF'S CLAIMS, and for good cause shown, the Court makes the following orders:

1. The concurrently filed CONSENT DECREE is ORDERED.
2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED:**

Dated:  October 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE