1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CONNIE ARNOLD, | ) **Case No.: 2:13-cv-02126-CKD** |
|---|---|
| Plaintiff, | ) Hon. Carolyn K. Delaney, for all purposes |
| vs. | ) **ORDER RE: JOINT STIPULATION TO DISMISS PLAINTIFF'S ACTION** |
| LOS RIOS COMMUNITY COLLEGE DISTRICT, | ) |
| Defendant. | ) |

_____

**[PROPOSED] ORDER RE: STIPULATION TO DISMISS PLAINTIFFS' ACTION**
Case No.: 2:13-cv-02126-CKD                                                                                                      1

1  Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that the
2  above-captioned action is dismissed with prejudice.  The Court shall retain
3  jurisdiction over the terms of the Parties' Consent Decree (ECF No. 35).

5  **IT IS SO ORDERED.**

7  Dated:  January 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE