PORTER | SCOTT
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant
LOS RIOS COMMUNITY COLLEGE DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CONNIE ARNOLD,

Plaintiff,

v.

LOS RIOS COMMUNITY COLLEGE DISTRICT,

Defendants
_______________________________________/

CASE NO. **2:13-02126 CKD**

**STIPULATION AND ORDER FOR EXTENSION OF CONSENT DECREE'S TIME REMEDIATION FOR ITEMS 4, 5, AND 7 AT MOHR HALL**

Complaint Filed: September 6, 2013

Plaintiff CONNIE ARNOLD ("Arnold") and Defendant LOS RIOS COMMUNITY COLLEGE DISTRICT ("LRCCD"), by and through their respective counsel, submit this stipulation and order seeking an extension of time as to a limited number of remediation items at Sacramento City College's Mohr Hall Building, which campus and building, were part of a Consent Decree Settlement dated October 27, 2014 in this Court.

1) Whereas the Parties entered a Consent Decree on October 27, 2014, which included a Remediation Plan attached as Exhibit A to the Consent Decree;
2) Whereas pages 2 – 3 of Exhibit A to the Consent Decree address Mohr Hall;
3) Whereas Exhibit A at Mohr Hall, items four, five, and seven, require certain work to be

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

completed in 2016;

4) Whereas Mohr Hall will be vacated in the Fall of 2017;

5) Whereas Defendant seeks to complete the remediation of items four, five, and seven at Mohr Hall as set forth in Exhibit A to the Consent Decree as part of a renovation project that will be completed in July 2019.

It is hereby stipulated by and between counsels that the completion date for items four, five, and seven at Mohr Hall as set forth in Exhibit A to the Consent Decree be extended until July 2019.

Dated: November 18, 2016

PORTER SCOTT
A PROFESSIONAL CORPORATION

By //s// Stephen E. Horan
Stephen E. Horan
Attorney for Defendant
LOS RIOS COMMUNITY COLLEGE DISTRICT

Dated: November 17, 2016

METZ & HARRISON, LLP

By //s// Sara Pezeshkpour (authorized by e-mail 11/17/16)
Jeff A. Harrison
Sara Pezeshkpour
Attorneys for Plaintiff
CONNIE ARNOLD

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**ORDER**

Based upon the stipulation of counsel, and good cause having been shown, it is hereby ordered that the completion date on items four, five, and seven at Mohr Hall is set forth at pages 2 – 3 of Exhibit A to the Consent Decree dated October 27, 2014 are hereby extended until July 2019.

**IT IS SO ORDERED.**

Dated: November 22, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01619398.DOCX} 3

STIPULATION AND ORDER FOR EXTENSION OF CONSENT DECREE'S TIME REMEDIATION OF ITEMS 4, 5, AND 7 AT MOHR HALL