**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant
LOS RIOS COMMUNITY COLLEGE DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | **CASE NO. 2:13-02126-CKD** |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF COMPLETION DEADLINE FOR CERTAIN REMEDIATION OF LILLARD HALL PURSUANT TO CONSENT DECREE DATED OCTOBER 21, 2014 AND EXHIBIT A THERETO** |
| v. | |
| LOS RIOS COMMUNITY COLLEGE DISTRICT, | |
| Defendants. | |
| _____/ | Complaint Filed: September 6, 2013 |

Plaintiff CONNIE ARNOLD ("Arnold") and Defendant LOS RIOS COMMUNITY COLLEGE DISTRICT ("LRCCD"), by and through their respective counsel, submit this stipulation and order seeking an extension of time as to a limited number of remediation items at Sacramento City College's Lillard Hall Building, which campus and building, were part of a Consent Decree Settlement dated October 21, 2014 in this Court.

1) Whereas the Parties entered a Consent Decree on October 21, 2014, which included a Remediation Plan attached as Exhibit A to the Consent Decree;

2) Whereas pages 3 – 9 of Exhibit A to the Consent Decree address Lillard Hall;

3) Whereas Exhibit A at Lillard Hall, items 39, 40, 58, 62, 63, 70, 73, 75, 79, 81, 85, 89,

92, 99, 102, 104, 105, 106, 108, 110, 111, and 112 require certain work to be completed by 2020;

4) Whereas a bond measure that would have provided anticipated funding for remediation work at Lillard Hall failed to pass in November 2016;

5) Whereas contemplated remediation work on these items poses not only undue expense but also unanticipated health and safety concerns as Lillard Hall contains significant asbestos material and many of the necessary structural alterations would require costly asbestos mitigation procedures;

6) Whereas LRCCD remains committed to building a new three-story Lillard Hall and demolishing the present building;

7) Whereas LRCCD plans to close the current Lillard Hall to the public in Fall 2022;

It is hereby stipulated by and between counsels that the completion date for items 39, 40, 58, 62, 63, 70, 73, 75, 79, 81, 85, 89, 92, 99, 102, 104, 105, 106, 108, 110, 111, and 112 at Lillard Hall as set forth in Exhibit A to the Consent Decree be extended until December 31, 2022.

Dated: December 28, 2017    PORTER SCOTT
A PROFESSIONAL CORPORATION

By //s// Stephen E. Horan
    Stephen E. Horan
    Attorney for Defendant
    LOS RIOS COMMUNITY COLLEGE
    DISTRICT

Dated: December 26, 2017    METZ & HARRISON, LLP

By //s// Sara Pezeshkpour (authorized by email on 12/26/17)
    Jeff A. Harrison
    Sara Pezeshkpour
    Attorneys for Plaintiff
    CONNIE ARNOLD

## **ORDER**

Based upon the stipulation of counsel, and good cause having been shown, it is hereby ordered that the completion date on items 39, 40, 58, 62, 63, 70, 73, 75, 79, 81, 85, 89, 92, 99, 102, 104, 105, 106, 108, 110, 111, and 112 at Lillard Hall set forth at pages 3 – 9 of Exhibit A to the Consent Decree dated October 21, 2014 is hereby extended until December 31, 2022.

**IT IS SO ORDERED.**

Dated: January 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706